UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

READ,

              Plaintiff(s),

  v.

STURGELL, et al.,

              Defendant(s).

NO. C08-154MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Plaintiff has filed a document entitled "ADEMENT" (*sic*) with the Court. Dkt. No. 4. It appears to be an attempt to amend his original complaint (Dkt. No. 1) to add additional defendants; however, all he has done is append the names of the putative defendants to a blank form for filing a complaint.

Plaintiff has the right to amend his pleadings prior to the filing of a responsive pleading (see FRCP 15), and there has been no answer filed to his original complaint as of this date. However, the request will be DENIED in its present form. Plaintiff is directed to resubmit his proposed amended complaint in its entirety with the names of the new putative defendants added. The Court wishes to ensure that the defendants who are served with summons and complaints in this matter receive a document with their names on it which contains all the allegations to which they must answer.

MINUTE ORDER

Filed this 21st day of April, 2008.

                                    BRUCE RIFKIN, Clerk

                                    By      /s Mary Duett
                                            Deputy Clerk

MINUTE ORDER