UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

READ,

              Plaintiff(s),

  v.

STURGELL,

              Defendant(s).

NO. C08-154MJP

ORDER ON MOTION TO COMPEL

The above-entitled Court, having received and reviewed:

1.     Plaintiff's Motion to Compel (Dkt. No. 27)

2.     Defendant's Response to Plaintiff's Motion to Compel (Dkt. No. 31)

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the motion is DENIED.

Plaintiff, acting *pro se*, filed a motion requesting an order from this Court that the Federal Aviation Administration (FAA) "not destroy any documents related to me and any that I have requested under FOIA and PA, or *any of the legal actions on going* [sic] *related to me, or any positions I have applied for.*" Plaintiff's Mtn, p. 1. (emphasis supplied)  Plaintiff also makes unsupported and nonspecific allegations that "[d]ocuments have been denied, delayed, and/or destroyed." Id.

This Court only has the authority to issue orders regarding the case pending before it, not in "any of the legal actions. . . related to" Plaintiff.  To the extent that Plaintiff's motion concerns any documents related to this matter, his failure to specify which documents and to establish that he has requested and been improperly denied them renders his pleadings completely ineffectual.

**ORD ON MTN
TO COMPEL - 1**

1     The Court also notes that, on September 17, 2008, Mr. Read e-mailed the Court's law clerk

2 assigned to this case (and cc:'d defense counsel) with a further explanation of the nature of his motion.

3 Plaintiff is advised that e-mail is not an acceptable medium for presenting substantive pleadings to the

4 Court, and the Court will not consider any arguments or evidence presented in that manner.

5     The clerk is directed to provide copies of this order to all counsel of record.

6     Dated: September 24, 2008

                                                  Marsha J. Pechman
                                                  U.S. District Judge

**ORD ON MTN
TO COMPEL - 2**