UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

READ,

          Plaintiff(s),

  v.

STURGELL,

          Defendant(s).

NO. C08-154MJP

ORDER ON PLAINTIFF'S MOTION

The above-entitled Court, having received and reviewed Plaintiff's Request for Approval for U.S. Mail or U.S. Marshals Service to Issues (*sic*) Summonses (Dkt. No. 28), and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the motion is DENIED. Plaintiff is referred to FRCP 4(i), which indicates that personal service on an officer of a government agency is not required; service on the United States Attorney and service by registered or certified mail upon the officer is sufficient.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: October 7, 2008

                                            Marsha J. Pechman
                                            U.S. District Judge

**ORDER ON**
**PLTF MTN - 1**