UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURT READ,

        Plaintiff(s),

  v.

ROBERT A. STURGELL,

        Defendant(s).

NO. C08-154MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed Plaintiff's Second Motion to Extend Time for Service (Dkt. No. 35), filed on January 20, 2009.

This matter was initiated nearly a year ago and, following multiple extensions of time, Plaintiff has yet to perfect service and move his lawsuit forward. This is the final extension of time Plaintiff will receive; if he is not prepared to proceed with his action following this final extension, the Court will consider dismissing the matter.

IT IS ORDERED that Plaintiff must serve summons and complaint in this matter on all required parties in conformance with the Federal Rules of Civil Procedure by no later than **February 28, 2009**.

Filed this 26th day of January, 2009.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
       Deputy Clerk

MINUTE ORDER