UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURT READ,

        Plaintiff(s),

  v.

RAYMOND H. LAHOOD,

        Defendant(s).

NO. C08-154MJP

ORDER ON UNOPPOSED MOTION TO FILE AMENDED PLEADINGS

The above-entitled Court, having received and reviewed Plaintiff's Unopposed Motion for Leave to File Amended Pleadings Out of Time (Dkt. No. 48), and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED for good cause stated, the Court grants Plaintiff's motion to leave to file amended pleadings out of time from December 21, 2009 to December 22, 2009.

The clerk is ordered to provide copies of this order to all counsel.

Dated: December 28, 2009

Marsha J. Pechman
U.S. District Judge

**ORDER ON MOTION - 1**