UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURT READ,<br><br>              Plaintiff(s),<br><br>  v.<br><br>ROBERT STURGELL, et al.,<br><br>              Defendant(s). | NO. C08-154MJP<br><br>ORDER ON MOTION TO FILE FOURTH AMENDED COMPLAINT |

The Court, having received and reviewed Plaintiff's Unopposed Motion for Leave to File Fourth Amended Complaint (Dkt. No. 50), makes the following ruling:

IT IS ORDERED that the request to file the fourth amended complaint in this matter is DENIED.

The clerk is directed to send copies of this order to all counsel of record.

Dated: February 16, 2010

                                                Marsha J. Pechman
                                                U.S. District Judge

ORD ON MTN TO AMEND - 1