# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

**CURT READ**,

Plaintiff,

v.  No. C08-154MJP

**RAYMOND H. LAHOOD,**
Secretary, Department of Transportation.

Defendant.

**ORDER RE:
MOTION FOR RECONSIDERATION**

Plaintiff, by and through his counsel, T.M. Guyer and Ayers & Friends, P.C., moved the court to for leave to file a fourth amended complaint to allege an alternate basis of exhaustion, based on events occurring after plaintiff filed his third amended complaint. For good cause stated, the court grants plaintiff's motion to leave to file his fourth amended complaint.

SO ORDERED THIS _5th_ day of March 2010,

*signature*
Marsha J. Pechman
United States District Judge

*1*